1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

11 | ROBERT T. COZEAN, an individual, | CASE NO. 07-CV-0709 BEN (CAB)
12 |              Plaintiff, | ORDER DISSOLVING TEMPORARY RESTRAINING ORDER AND
13 |   v. | EXONERATING BOND
14 | JEAN-MARIE HAMEL, Ph.D., an individual,
15 |              Defendant.

16
17
18
19
20
21
22
23
24
25
26
27
28

1 | The parties having settled this action, and the settlement having been put on the record
2 | before Magistrate Judge Cathy Ann Bencivengo,
3 |     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the temporary restraining
4 | order that this Court entered on May 24, 2007, against defendant JEAN-MARIE HAMEL, is
5 | hereby **DISSOLVED** and the $250,000 cash bond that plaintiff, ROBERT COZEAN, posted with
6 | the Clerk of Court is hereby **EXONERATED**.
7 |     **IT IS SO ORDERED**.

DATED: June 13, 2007

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE