UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT T. COZEAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEAN-MARIE HAMEL, Ph.D., an individual,<br><br>　　　　　Defendant. | CASE NO. 07-CV-0709 BEN (CAB)<br><br>***ORDER TO CLOSE INTEREST BEARING ACCOUNT AND DISBURSE FUNDS*** |

1  **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Clerk release the
2  amount of $250,000.00, plus interest, from the interest bearing account in the above entitled
3  case to: Edward J. McIntyre, Solomon, Ward, Seidenwurm & Smith, LLP, 401 B Street, Suite
4  1200, San Diego, California 92101.

5  **IT IS FURTHER ORDERED** that the Clerk is authorized to deduct ten percent of the
6  earned interest, as authorized by the Judicial Conference of the United States.

7  **IT IS SO ORDERED.**
8
9  Dated: June 14, 2007
   _____
10 Roger T. Benitez
   UNITED STATES DISTRICT JUDGE

P:308729.1:09299.002