FILED
07 JUN 28 PM 12: 41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  EDWARD J. MCINTYRE [SBN 80402]
   emcintyre@swsslaw.com
2  CHRISTINA M. MILLIGAN [SBN 231655]
   cmilligan@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   Telephone: (619) 231-0303
5  Facsimile: (619) 231-4755
        Attorneys for Plaintiff, Robert T. Cozean
6
   Timothy R. Pestotnik [SBN 128919]
7  Russell A. Gold [SBN 179498]
   Pestotnik + Gold, LLP
8  401 West A Street, Suite 1600
   San Diego, CA 92101
9  Telephone:  (619) 237-5080
   Facsimile:    (619) 342-8020
10       Attorneys for Defendant, Jean-Marie Hamel, Ph.D.

11                      UNITED STATES DISTRICT COURT

12                      SOUTHERN DISTRICT OF CALIFORNIA

13

14 | ROBERT T. COZEAN, an individual,   | CASE NO. 07-CV-0709 BEN (CAB)
15 |            Plaintiff,              | **JOINT MOTION TO CLOSE INTEREST BEARING ACCOUNT AND DISBURSE FUNDS AND ORDER**
16 |   v.                               |
17 | JEAN-MARIE HAMEL, Ph.D., an individual, |
18 |            Defendant.              |

19
20
21
22
23
24
25
26
27
28

P:308729.1:09299.002                                               07-CV-0709 BEN (CAB)
JOINT MOTION TO CLOSE INTEREST BEARING ACCOUNT AND DISBURSE FUNDS AND ORDER

| | |
|---|---|
| 1 | The parties hereby stipulate that this Court enter an order that the Clerk release the |
| 2 | amount of $250,000.00, plus interest, from the interest bearing account in the above entitled |
| 3 | case to: Edward J. McIntyre, Solomon, Ward, Seidenwurm & Smith, LLP, 401 B Street, Suite |
| 4 | 1200, San Diego, California 92101 and that the Clerk is authorized to deduct ten percent of |
| 5 | the earned interest, as authorized by the Judicial Conference of the United States. |

DATED: June 26, 2007            SOLOMON WARD SEIDENWURM & SMITH, LLP

By:   /s/ EDWARD J. MCINTYRE
      EDWARD J. MCINTYRE
      Attorneys for Plaintiff Robert Cozean

DATED: June 26, 2007            PESTOTNIK + GOLD, LLP

By:   /s/ RUSSELL A. GOLD
      TIMOTHY R. PESTOTNIK
      RUSSELL A. GOLD
      Attorneys for Defendant Jean-Marie Hamel, Ph.D.

**UPON THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Clerk release the amount of $250,000.00, plus interest, from the interest bearing account in the above entitled case to: Edward J. McIntyre, Solomon, Ward, Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101.

**IT IS FURTHER ORDERED** that the Clerk is authorized to deduct ten percent of the earned interest, as authorized by the Judicial Conference of the United States.

**IT IS SO ORDERED.**

Dated: June 27, 2007

Roger T. Benitez
UNITED STATES DISTRICT JUDGE

P:308729.1:09299.002                    -2-                    07-CV-0709 BEN (CAB)
JOINT MOTION TO CLOSE INTEREST BEARING ACCOUNT AND DISBURSE FUNDS AND ORDER